AO 91 (Rev. 11/11) Criminal Complaint

# UNITED STATES DISTRICT COURT
for the
Southern District of Texas

| | |
|---|---|
| United States of America<br>v.<br>Ajay K. Dhingra<br><br>*Defendant(s)* | )<br>)<br>) Case No. **H19-1587M**<br>)<br>)<br>)<br>) |

United States Courts
Southern District of Texas
FILED

AUG 17 2019

David J. Bradley, Clerk of Court

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.

On or about the date(s) of **August 17, 2019** in the county of **Harris** in the **Southern** District of **Texas**, the defendant(s) violated:

| Code Section | Offense Description |
|---|---|
| 18 USC 922(g)(4) | Unlawful possession of a firearm by a person adjudicated as a mental defect or has been committed to a mental institution. |
| 18 USC 922(o) | Unlawful possession of a machine gun. |

This criminal complaint is based on these facts:

See Affidavit

☐ Continued on the attached sheet.

_____
Complainant's signature

Steve Moran, Special Agent
Printed name and title

Sworn to before me and signed in my presence.

Date: 8/17/19

_____
Judge's signature

Peter Bray U.S.M.J.
Printed name and title

City and state: Houston, TX

# AFFIDAVIT IN SUPPORT OF CRIMINAL COMPLAINT AND ARREST WARRANT

Your Affiant, Steven Moran, being duly sworn, deposes and says:

## INTRODUCTION AND BACKGROUND

1. I am a Special Agent with the Department of Homeland Security, United States Secret Service and have been so employed since July 2016. I have been assigned to the Houston Area Fraud Task Force (HAFTF) in the Houston Field Office and I have received training relevant to the subject areas addressed by the United States Secret Service. Specifically, I received training and instruction in federal criminal laws and fraud concerning financial institutions at the Federal Law Enforcement Training Center in Glynco, Georgia, and the James J. Rowley Training Center in Beltsville, MD. I am authorized under Title 18, United States Code, Section 3056(b) to conduct criminal investigations concerning any of the laws of the United States relating to electronic fund transfer frauds, access device frauds, false identification documents or devices, and fraud or other criminal or unlawful activity in or against any federally insured financial institution. I am further authorized by 18 USC § 3056(c) to execute warrants issued under the laws of the United States and make arrests, based upon probable cause, for any felony cognizable under the laws of the United States. I have conducted and participated in numerous criminal investigations of mail and wire fraud, money laundering, monetary transactions in

1

property derived from specified unlawful activity and the conspiracy to commit all of these offenses, in violation of 18 U.S.C. §§ 1343, 1349, 1028A, 922(g) and (o) and 21 U.S.C. § 841(a). I have participated in the execution of federal search warrants involving the seizure of contraband, evidence and instrumentalities of fraud and records relating to the concealment of assets and proceeds from fraud.

2. The information in this Affidavit is based on my personal participation in this investigation, my review of reports and notes related to this investigation, my conversations with other law enforcement personnel involved in the investigation, and information from other sources.

3. The United States Secret Service (USSS) is currently investigating possible criminal violations of the laws of the United States by Ajay Dhingra (DHINGRA) involving the unlawful possession of firearms, ammunition, and firearm attachments. DHINGRA was originally contacted by the USSS after he sent an email to the George W. Bush foundation regarding the use of violence.

## BACKGROUND AND EVIDENCE OF FRAUD

4. 4. This affidavit is submitted in support of an application for a search warrant for 4723 W. Alabama St. Apartment 221, Houston, TX, which is further described in Attachment A.

5. This affidavit is made in support of an application for a search warrant to seize evidence as described in Attachment B.

6. Because this affidavit is being submitted for the limited purpose of securing a search warrant, I have not included each and every fact known to me, and the other investigative agents working with me, concerning this investigation. I have set forth only the facts that I believe are necessary to establish probable cause that evidence, fruits, and instrumentalities of violations of 18 U.S.C. §§ 922(g) illegal possession of a firearm.

## FACTUAL BASIS SUPPORTING PROBABLE CAUSE

## INITIATION OF INVESTIGATION

7. On or about August 14, 2019 I, Special Agent (SA) Steven Moran was contacted by the United States Secret Service (USSS) Protective Intelligence Division (PID) regarding Ajay Dhingra after he sent an email to the George W. Bush foundation asking former President Bush to "send one of your boys to come and murder me. I want to die by the hands of a white Christian." A preliminary check of DHINGRA revealed that he resided in Houston, TX and had a license to carry a concealed weapon.

8. On or about August 16, 2019 myself and SA Harmon and I first interviewed DHINGRA's mother at her home. She stated that her son has schizophrenia and refuses to accept his diagnosis. She stated that the family had

3

DHINGRA involuntarily committed to a mental health facility approximately 14 years ago. She said that DHINGRA comes to her home once a week and he still refuses to accept his diagnosis. She informed me that he believes that he is more intelligent than the doctors and that their diagnosis is incorrect.

9. DHINGRA's mother than provided us with the phone number of her other son, Atul. He is a practicing physician in the Houston area. He informed SA Harmon and me that he has not spoken to his brother in four years and that DHINGRA refuses to speak to him. He told me that DHINGRA is resentful because of Atul's attempts to have his brother see mental health professionals. In a follow-up interview, Atul informed me that DHINGRA was adjudicated mentally defective and was involuntarily committed to a mental health institution.

10. Both DHINGRA's brother and mother repeatedly asked us to help him receive the help he needs. They both stated that DHINGRA refuses to take medication and they are worried about his mental health. DHINGRA's mother provided us his current address as well as his vehicle information. She told us to look at the bumper stickers on the rear of his vehicle as they alarm her.

11. SA Harmon and I then traveled to DHINGRA's home, 4723 W. Alabama St. Apartment 221 Houston, TX. We observed DHINGRA's vehicle and the numerous bumper stickers on the rear of the vehicle. Some of the stickers stated:

4

"My community of Houston Texas USA chose to bully me – a somewhat autistic person, who was molested and raped since age of 8 rather than finding a real faggot to hate" "Do not disturb. I'm already disturbed enough" and "the COWARD generation follows every greatest generation. White Christians are cowards. Put bullets in my head cowards."

12.     SA Harmon and I then interviewed Dhingra inside of his apartment. During the interview, DHINGRA stated that he believes he has been raped numerous times in his life. He believes that every person in public is aware that he was raped and constantly ridicules and mocks him when he leaves his apartment. He stated he cannot stand the harassment when he ventures into public. When asked what he is ridiculed for, DHINGRA stated that everyone calls him homosexual slurs. DHINGRA specifically believes that any license plate bearing the letters "BJ" belong to people who have obtained that plate solely to harass him. He stated that he believes the letters are mocking him that he "likes to give blowjobs" and that he is a homosexual. DHINGRA also stated that one of his neighbors "seems like a cool guy" but that his license plate has the letters BJ and that he does not like that.

13.     DHINGRA acknowledged that he was involuntarily committed several years ago for twenty-five days. He stated he believed it was for using marijuana. When I asked him if any doctors told him he had any mental health issues he responded with "they say I'm schizophrenic." DHINGRA then stated that he

5

disagrees with this diagnosis and that he believes he is slightly autistic. During the interview, DHINGRA made several references to a "higher being" and appeared to be listening to a voice in his head.

14. Records checks conducted prior to the interview revealed that DHINGRA has a license to carry a concealed weapon. When asked if he owns any firearms, DHINGRA admitted that he owns two, a Glock 43 pistol and a Colt AR-15. When I asked him when he purchased them he stated he does not know the exact dates but that he purchased one after the Pulse Nightclub mass shooting (6/12/16) and right before the Las Vegas mass shooting (10/1/17). SA Harmon asked if we could see the firearms and DHINGRA verbally agreed to show us the weapons. He then led us to his bedroom closet and showed SA Harmon where the Glock pistol was located. SA Harmon discovered the weapon inside of the closest within the master bedroom of 4723 W. Alabama St. Apartment 221 Houston, TX. It is important to note that Glock pistols are manufactured outside of the state Texas.

15. SA Harmon then retrieved the plastic rifle case in the closet. SA Harmon then opened the case and removed the AR-15. The weapon had a bump stock and next to the rifle was a 100 cartridge capacity magazine. On December 26, 2018, the Department of Justice issued a Final Rule clarifying the definition of machinegun to include bump stocks. As such, on the effective date of the rule, March 26, 2019, the possession of bump stocks is illegal. It is important to note

that Colt firearms are manufactured outside of the state of Texas and that bump stock attachments are illegal to possess. SA Harmon returned the weapon to the case and placed it back into the closet.

16.   On or about August 16, 2019 USSS agents and Houston Police Department Officers executed a search warrant on DHINGRA's residence. At the time of the warrant, DHINGRA was home and answered the door. During the search warrant, I discovered a Colt AR-15 rifle with a ~~butt~~ bump stock [STM], 4 AR-15 100 cartridge magazines, a Glock 34 pistol, seven 9mm magazines, six boxes of 9mm ammunition, and multiple weapon accessories. DHINGRA acknowledged that the firearms and ammunition belonged to him. There were no other individuals inside of the apartment at the time of the search warrant.

Respectfully submitted,

_____
Steven Moran, Special Agent
United States Secret Service

Subscribed and sworn to before me this ___17___ day of August, 2019, and I find probable cause.

_____
Peter Bray
United States Magistrate Judge

7